IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JULIO HERNANDEZ-RODRIGUEZ,

      Appellant,

v.

      Case No. 5D21-970
      LT Case No. 2014-CF-1227-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 20, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa D. Souto, Judge.

Eneid Bano, Casselberry, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.